# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE INDA DE ARIAS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 16-06226 AFM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: June 28, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE